IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CLIENTRON CORP., | CIVIL ACTION |
| :--- | :--- |
| **Plaintiff** | NO. 13-05634 |
| v. | |
| DEVON IT, INC., | |
| **Defendant** | |

## ORDER RE PENDING MOTIONS TO DISMISS

**AND NOW**, this 8th day of August, 2014, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** as follows:

1. Defendant's motion to dismiss Count I of the complaint asserting a claim under the New York Convention is **GRANTED.**

2. The motion to dismiss under Count II stating a claim under the Pennsylvania statute, is **DENIED** without prejudice. However, the Court will convert the briefs, documents and transcripts in existence, and consider them under Rule 56, as a motion by Devon for summary judgment as to Count II.

The Court will discuss further proceedings during the status conference to be held on August 12, 2014, and will enter a further Order following that conference.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-5634 clientron v. devon it\13-cv-5634.mtd.order.docx