IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLIENTRON CORP.,**  Plaintiff  v.  **DEVON IT, INC., et al.,**  Defendants. | **CIVIL ACTION**  **NO. 13-5634** |

ORDER RE MOTION FOR LEAVE TO FILE A
SECOND AMENDED COMPLAINT ADDING A THIRD PARTY

**AND NOW**, this 5th day of January 2015, upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF 91), Defendants' Response in Opposition (ECF 93), Plaintiff's Response in Support (ECF 94), and Defendants' Sur-Reply in Opposition (ECF 95), it is hereby **ORDERED** that the motion is **GRANTED**. The Second Amended Complaint docketed as of October 14, 2014 (ECF 84) will be **ORDERED** "Filed."  Defendants' motion to dismiss (ECF 81) is **DENIED** as moot. Defendants shall respond to the amended complaint within fourteen (14) days. No extension will be granted to file a motion to dismiss. Discovery shall proceed on the allegations of the Second Amended Complaint. Telephone conference status call will be held on **Thursday, January 22, 2015, at 12:45 p.m**. Plaintiff shall initiate call to Chambers at 267-299-7520.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-5634 clientron v. devon it\13cv5634 Order re Leave to Amend.docx