IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLIENTRON CORP.,**<br><br>　　　　　　　　**Plaintiff**<br><br>　　v.<br><br>**DEVON IT, INC., et al.**<br><br>　　　　　　　　**Defendants** | **CIVIL ACTION**<br><br>**NO. 13-5634** |

## ORDER

　　**AND NOW**, this 27th day of August, 2015, Plaintiff's motion for summary judgment (ECF 98) is **GRANTED** and Defendants' motion (ECF 97) is **DENIED.**

　　The clerk shall mark these motions (ECF 97, ECF 98) as concluded.

　　Within ten (10) days, Plaintiff shall serve on Defendants a proposed form of Order granting, in sufficient detail, the relief requested in the motion for summary judgment. Within ten (10) days thereafter, the parties shall either file a jointly agreed Order as to the relief to which Plaintiff is entitled, or separate Orders.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Michael M. Baylson**
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-5634 clientron v. devon it\13-cv-5634.082515.sjm.docx