IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLIENTRON CORP.,**<br><br>                     **Plaintiff**<br><br>          **v.**<br><br>**DEVON IT, INC., et al.**<br><br>                     **Defendants** | **CIVIL ACTION**<br><br>**NO. 13-5634** |

## ORDER

**AND NOW**, this 27th day of August, 2015, Plaintiff's motion for sanctions (ECF 154) is **GRANTED** for the reasons set forth in the foregoing Memorandum.  Within ten (10) days, Plaintiff shall serve on Defendants a draft order detailing the relief granted to Plaintiff in the foregoing Memorandum.  Within ten (10) days thereafter, the parties shall either file a jointly agreed Order as to the relief to which Plaintiff is entitled, or separate Orders.

                                        **BY THE COURT:**

                                        **/s/ Michael M. Baylson**
                                        _____
                                        **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-5634 clientron v. devon it\13-cv-5634.082515.sanctions.docx