IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLIENTRON CORP.,**<br><br>Plaintiff<br><br>v.<br><br>**DEVON IT, INC., JOHN BENNETT, and NANCE DIROCCO,**<br><br>**Defendants** | **CIVIL ACTION**<br><br>**NO. 13-05634** |

# ORDER

**AND NOW**, this 22nd day of December, 2015, upon consideration of the parties' Motions for Summary Judgment on Piercing the Corporate Veil (ECF 184, 186), Plaintiff Clientron Corporation's Motion for Summary Judgment on Defendant Devon IT's Counterclaims (ECF 185), and all submissions related thereto by counsel, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that**:**

1.   Clientron's Motion for Summary Judgment on Piercing the Corporate Veil (ECF 186) is **DENIED**, without prejudice to raising the issue at trial;

2.   Defendants' Motion for Summary Judgment (ECF 184) is **DENIED**, without prejudice to raising the issue at trial;

3.   Clientron's Motion for Summary Judgment on Devon IT's Counterclaims (ECF 185) is **GRANTED IN PART AND DENIED IN PART.**   Specifically, the Motion is granted as to Devon IT's fraud counterclaim in its entirety and as to Devon IT's breach of contract counterclaim concerning cancelations of contracts by Dell and J.P. Morgan Chase.   As to Devon IT's contention that Clientron overcharged Devon IT for certain products, however, the Motion is denied;

4.     Clientron's Motion for Leave to File Under Seal (ECF 183) is **DENIED AS MOOT**.   Clientron shall not refile new versions of any previously-docketed redacted copies of filings, however;

5.     Defendants' Motion for Leave to File a Reply (ECF 202) is **GRANTED**;

6.     Clientron's Motion to Strike Portions of Defendants' Opposition (ECF 206) is **DENIED AS MOOT.**

BY THE COURT:

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-5634 clientron v. devon it\13cv5634_2015.12.22 final Order re Veil Pierce and Counterclaims.docx