IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIENTRON CORP., <br><br> v. <br><br> DEVON IT, INC., JOHN BENNETT, and NANCE DIROCCO | CIVIL ACTION <br><br> NO. 13-05634 |

# ORDER

**AND NOW** this 23rd day of March, 2016, for the reasons stated in the accompanying Memorandum Opinion, the Court rules on Clientron's Motions in Limine as follows:

1. MIL #1 – **GRANTED** in part and **DENIED** in part.

2. MIL #2 – **DENIED** without prejudice.

3. MIL #3 and MIL # 7 – Held under advisement pending an offer of proof.

4. MIL #4 – The Court will rule after argument is presented on the parties' positions as to foreign law, pursuant to Rule 44.1 within seven (7) days.

5. MIL #5 – **DENIED** without prejudice.

6. MIL #6 and MIL #8 – **DENIED** without prejudice.

7. MIL #9 – **DENIED**.

8. MIL #10 – **DENIED**.

9. MIL #11 and MIL #12 – Held under advisement pending further filings or until trial.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 13\13-5634 clientron v. devon it\13cv5634 Order on MemoOp on Clientron MILs.docx