IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CLIENTRON CORP., | |
|---|---|
| v. | CIVIL ACTION |
| DEVON IT, INC., JOHN BENNETT, and NANCE DIROCCO | NO. 13-05634 |

# ORDER

**AND NOW** this 29th day of March, 2016, for the reasons stated in the accompanying Memorandum Opinion, Defendants Devon IT, Inc., John Bennett and Nance DiRocco's Motion in Limine to Preclude Clientron's Expert Kyle Anne Midkiff from Providing Opinions or Testimony Regarding Piercing the Corporate Veil is **GRANTED IN PART** and **DENIED IN PART.**

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 13\13-5634 clientron v. devon it\13cv5634 Order on MemoOp on Devon IT MIL.docx