IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLIENTRON CORP.,**<br><br>Plaintiff<br><br>v.<br><br>**DEVON IT, INC., JOHN BENNETT, and NANCE DIROCCO,**<br><br>**Defendants** | **CIVIL ACTION**<br><br>**NO. 13-05634** |

## ORDER FOR AMENDED AND FINAL JUDGMENT

**AND NOW**, this 22nd day of July, 2016, upon consideration of Plaintiff Clientron Corporation's Motion to Amend the Verdict on Piercing the Corporate Veil (ECF 329) and all submissions related thereto by counsel, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART.** Specifically, the Court modifies its Order for Judgment of April 13, 2016 (ECF 312) and its Amended Judgment of September 30, 2015 (ECF 196) as follows:

1. Judgment is entered in favor of Nance DiRocco and against Plaintiff on all claims Plaintiff asserts against her;

2. As a sanction for Defendant Bennett's discovery misconduct, the Court holds that Bennett and Devon IT are jointly and severally liable to Plaintiff. Judgment is entered in favor of Plaintiff and against Bennett and Devon IT for:

   a. $737,018.00 (based on the jury verdict, see ECF 312) plus post-judgment interest starting as of April 13, 2016 at the legal rate in Pennsylvania under 41 P.S. § 202; and

      b. $44,320.40 (based on a supplemental judgment entered at ECF 196) plus post-judgment interest starting as of September 30, 2015 at the legal rate in Pennsylvania under 41 P.S. § 202.

3. To the extent execution on any previous judgments was stayed until completion of this action (see ECF 182), all stays are lifted and Plaintiff may now execute on this final judgment.

4. The Clerk shall provide a copy of this Order, the accompanying Opinion, and the docket entries in this case to the United States Attorney's Office of this District.

5. This Order constitutes a final judgment resolving all outstanding issues in this case.

6. The Clerk is directed to close this case.

In addition, Defendants' Motion for Leave to File a Sur Reply, ECF 333, is **GRANTED.**

      **BY THE COURT:**

      /s/ Michael M. Baylson

      **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-5634 clientron v. devon it\13cv5634 Clientron Order re Modify Judgment.docx